UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>vs.<br><br>ANITA POLOCKUS,<br><br>　　　　　　　Defendant. | No. 2:12-CR-0128-RMP<br><br>ORDER GRANTING MOTION TO MODIFY CONDITIONS OF PRETRIAL RELEASE AND PERMIT TRAVEL<br><br>☒　　MOTION GRANTED<br>　　　**(ECF No. 66)** |

　　　　Before the Court is Defendant's Motion to modify her conditions of release pending sentencing, to permit her travel outside the Eastern District of Washington (ECF 66).

　　　　Having reviewed Defendant's record of compliance with conditions of release, and understanding that neither the United States Attorney's office or the Office of Pretrial Services have objected to the motion, and finding good cause therefore, the Motion is **Granted**.

　　　　It is the **Order** of the Court that the terms of Defendant's release are modified to permit her travel to Scotland to see family members between the approximate dates of July 16, 2014 and July 30, 2014.

　　　　Pretrial Services is directed to provide Defendant her passport to permit this travel, and Defendant is directed to return her passport to Pretrial Services immediately upon the conclusion of this travel.

ORDER GRANTING MOTION - 1

All other terms and conditions of Defendant's release not inconsistent herewith to remain in full force and effect.

DATED June 20, 2014.



```
                    _____/s/_____
                         JOHN T. RODGERS
                    UNITED STATES MAGISTRATE JUDGE
```

ORDER GRANTING MOTION - 2